# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 39 WM 2015
                             :
          Respondent       :
                             :
                             :
          v.                  :
                             :
                             :
ANTHONY LANE,             :
                             :
          Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of August, 2015, the Petition for Review, in the Nature of a Request for Extraordinary Relief, and the Application for Leave to Amend are **DENIED**.